No. 93–6834. KING *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6838. CARANGELO ET AL. *v.* WEICKER, GOVERNOR OF CONNECTICUT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–6839. ARGENCOURT *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–6844. BRANCH *v.* HENNEPIN COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–6847. HENDERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6851. BARRETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6852. TERAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6859. REINKE *v.* UNITED STATES (three cases). C. A. 9th Cir. Certiorari denied.

No. 93–6860. BETHEA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–6861. GRANT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–6864. KNOX *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–6871. WAKEFIELD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6872. NELSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–6876. TUESCA-NOGUERA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–6877. SMITH ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–6880. DAVIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.